In the Matter of SAMBASIVA RAO VENIGALLA et al., Respondents, v DATTATREYUDU NORI et al., Appellants. ATTORNEY GENERAL OF STATE OF NEW YORK, Intervenor.

Submitted July 28, 2008; decided September 11, 2008

Motion for reargument denied [*see* 11 NY3d 55 (2008)].